1  COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

2  Name: __Smith_____ __Adrian_____ __R.____
       (Last)                    (First)              (Middle Initial)

3  Prisoner Number: _JAIL: 1767036_
4                   _SF: 567942_

5  Institutional Address: _San Francisco County Jail #5 - P.O. Box 67_
6                         _P.O. Box 67, San Bruno, CA. 94066_

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_Adrian Reynard Smith_____ )
(Enter your full name.)         )
                                )
            vs.                 )   Case No. CV 18 0516
                                )   (Provided by the clerk upon filing)
_Bank of America_____   )
                                )   COMPLAINT UNDER THE
_____)   CIVIL RIGHTS ACT,
                                )   42 U.S.C. § 1983
_____)
(Enter the full name(s) of the defendant(s) in this action.) )

I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement _San Francisco County Jail #5 California_

B. Is there a grievance procedure in this institution?   YES ☐   NO ☒

C. If so, did you present the facts in your complaint for review through the grievance procedure?   YES ☐   NO ☒

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

   1. Informal appeal: _NA_____

   _____

   _____

2. First formal level: _____

3. Second formal level: _____

4. Third formal level: _____

E. Is the last level to which you appealed the highest level of appeal available to you?

   YES ☒    NO ☐

F. If you did not present your claim for review through the grievance procedure, explain why.
No Grievance procedure required for this action.

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.
Adrian Reynard Smith - 567942
P.O. Box 67 - CJ#5
San Bruno, California 94066

B. For each defendant, provide full name, official position and place of employment.
Bank of America
San Francisco, California

PRISONER COMPLAINT (rev. 8/2015)
Page 2 of 3

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

I Mr. Adrian R. Smith opened a bank account (Checking Account) with the Bank of America in good standards. Later the following year around 2014 my account was Involved with some fraud activity and my account was placed under investigation. Due to the fact, No money was withdrawn from the account, due to the fraudulent activity that I had nothing to do with, my account was re-opened and back to good standards. After my account was back in good standards I had charged the account for a business transaction (investment) my Investment with the company profits was stolen.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes. Due to the fact that my (Adrian Reynard Smith) account was put into deliquency or closed for no Reason I am suffering from money loss from a Business Transaction, I made with the Bank of America and would like my account to be investigated and compensated for my money Loss.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 1-18-2018              Adrian R. Smith
             Date                   Signature of Plaintiff