SAN FRANCISCO CA 940
19 JAN 2018 PM 6 L

Adrian Smith - 567942
P.O. Box 67
San Bruno, CA
94066

RECEIVED
JAN 22 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office Clerk, U.S District Court
Northern District of California
450 Golden Gate Ave.
SF, CA. 94102

FSC MIX Paper

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016